IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 06-01816-JAF |
| PATRICIA M. HATTEN DEBTOR | § § § § | |
| JPMORGAN CHASE CREDITOR | § § | CHAPTER 13 |

## NOTICE OF MORTGAGE PAYMENT CHANGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Creditor, JPMorgan Chase and respectfully provides notice of a change of on-going mortgage payment as indicated below.

1. New Payment: $ 475.35 Effective August 01, 2009

    a. Change Reason: Escrow change

    b. Principal and Interest: $ 188.93

    c. Escrow: $286.42

2. Loan Number: xxxxxx3184

3. All future payments made on the above account should be made payable to JPMorgan Chase, and sent to 7255 Baymeadows Way Mail Stop JAXB2007, Jacksonville, Florida 32256.

Dated: July 29, 2009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.
Joe M. Lozano, Jr. / TBN 24005462
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: bkcyattorneys@bkcylaw.com
Authorized Agent for JPMorgan Chase

# CERTIFICATE OF SERVICE

I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest by pre-paid regular U.S. Mail on or before the 29 day of July 2009:

Debtor's Attorney
Robert Wilbert
Jacksonville Area Legal Aid
126 W Adams St
Jacksonville, Florida 32202

Debtor
Patricia M. Hatten
5751 Tusk Ct
Jacksonville, Florida 32209

Chapter 13 Trustee
Mamie Davis
Post Office Box 4308/300 West Adams Street
Jacksonville, Florida 32201-4308

/s/ Joe M. Lozano, Jr.
Joe M. Lozano, Jr.

7776-N-5433