# CHASE O

GV057

June 24, 2009

DOUGLAS W. NEWAY
P.O. BOX 4308
JACKSONVILLE, FL 32201

WE ARE A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you are in bankruptcy or you have been discharged from bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess or recover all or any portion of the loan amount from you personally.

RE: Borrower: Patricia M Hatten
    Bankruptcy Case Number: 06-01816
    Washington Mutual Loan Number:

Dear Trustee:

A recent change in the escrow amount for the above-referenced loan has resulted in a post-petition payment change as indicated below:

Current monthly payment amount: $243.77
Principal & interest: $188.93
Escrow amount: $54.84

New payment amount: $475.35
Principal & interest: $188.93
Escrow amount: $286.42
Effective date of change: 08/01/09
Reason for change: Escrow Change

We have already notified the borrower of this change. Please update your records to reflect the new payment amount. If a modification of the existing bankruptcy plan is required, please mail a copy of the motion and resulting court order to:

> Washington Mutual Bank
> Bankruptcy Department
> P.O. Box 44090
> Jacksonville, FL 32231-4090

LM-GV057-032-GOV-3851.051906

# CHASE 🔘

Page 2
Loan Number: ▇▇▇▇▇▇▇▇

If you have any questions or need additional information, please call our Customer Care Department toll free at 1-866-926-8937.

Thank you for your assistance.

Sincerely,

Bankruptcy Department
Washington Mutual Bank

LM-GV057-032-GOV-3851.051906